UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RIDER, CDCR # T-13317, <br><br>                                  Plaintiff, <br><br> v. <br><br> D. SANCHEZ, Correctional Officer, et al. <br>                                  Defendants. | Case No.:  20cv2028-DMS(RBB) <br><br> **NOTICE AND ORDER FOR TELEPHONIC CASE MANAGEMENT CONFERENCE (Rule 16, Fed.R.Civ.P.) (Local Rule 16.1)** |

IT IS HEREBY ORDERED that a telephonic Case Management Conference of your case will be held on **May 27, 2021**, at **8:30 a.m.**  Counsel for Defendant Sanchez shall be responsible for making all arrangements in advance for Plaintiff to appear telephonically.  All conference discussions will be informal, off the record, privileged and confidential.  All participating counsel and parties may access the Court's teleconference line by using the following call-in information:

**Dial-in Number:  877-336-1829**

**Access Code:  1944316**

/ / /

/ / /

/ / /

1

1     Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-3404.

**IT IS SO ORDERED**.

Dated: April 28, 2021

_Ruben Brooks_
Hon. Ruben B. Brooks
United States Magistrate Judge